UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MACPHERSON and LESLIE SAIERS, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>FIRTH RIXSON LIMITED and FIRTH RIXSON, INC.,<br><br>Defendants. | Civil Action No. 6:12-cv-06162<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that the claims of opt-in plaintiff Michael Tucci are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear their own attorney's fees and costs incurred prior to the date of this stipulation.

Date: June 6, 2014

_____
Patrick J. Solomon, Esq.
Guy A. Talia, Esq.
Jessica L. Witenko, Esq.
THOMAS & SOLOMON, LLP
693 East Avenue
Rochester, New York 14607
585.272.0540

*Attorneys for Plaintiffs*

_____
Margaret A. Clemens, Esq.
Robert W. Pritchard, Esq.
Pamela S. C. Reynolds, Esq.
LITTLER MENDELSON, P.C.
400 Linden Oaks, Suite 110
Rochester, NY 14625
585.203.3400

*Attorneys for Defendants*